UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Criminal No. 11CR40037 FDS |
| | ) | |
| DERICK RITTER | ) | |
| | ) | |

## GOVERNMENT'S MOTION TO SEAL INDICTMENT

Pursuant to FRCP 6(e)(4), the United States of America hereby moves this Court to direct that the indictment be sealed until the defendant is in custody in the above-captioned case and the Court has ordered the indictment unsealed.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: /s/ Karin M. Bell
Karin M. Bell
Assistant U.S. Attorney

Date: September 21, 2011

9/21/2011 ALLOWED by the Court
/s/ Martha Bilodeau, Deputy Clerk