

U.S. Department of Justice

*United States Attorney*
*District of Massachusetts*

*Main Reception: (617) 748-3100*     *United States Courthouse, Suite 9200*
*1 Courthouse Way*
*Boston, Massachusetts 02210*

March 8, 2012

FEDERAL EXPRESS
Oscar Cruz, Esq.
Office of the Federal Public Defender
51 Sleeper Street, 5th Floor
Boston, MA 02210

      Re:    United States v. Derick Ritter,
              Criminal No. 11-40037-FDS

Dear Attorney Cruz:

      Per your request, enclosed please find 16 pages of internet chats between Ritter and the victim of the offenses alleged in the indictment. The government obtained these chats from the victim's computer. With one exception, these documents constitute all of the chats between Ritter and the victim that the government has located to date.

      There is one additional chat which the government declines to produce at this time as it is not relevant to the instant case and it contains personal information regarding the victim. In substance, the chat contains information regarding several upsetting events which recently occurred in the victim's life. In reply, the defendant attempts to comfort her.

      If you have questions regarding the enclosed discovery, do not hesitate to call me at 508-368-0106.

                            Very truly yours,

                            CARMEN M. ORTIZ
                            United States Attorney

              By:    /s/ Karin M. Bell
                      Karin M. Bell
                      Assistant U.S. Attorney

Enclosures
cc:    Lisa Roland (w/o enclosures), Clerk to the Honorable Timothy S. Hillman