

U.S. Department of Justice

*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*　　　　　　　　　　*United States Courthouse, Suite 9200*
*1 Courthouse Way*
*Boston, Massachusetts  02210*

May 15, 2012

**BY HAND**
Oscar Cruz, Esq.
Office of the Federal Public Defender
51 Sleeper Street, 5th Floor
Boston, MA 02210

　　　　　Re:　United States v. Derick Ritter,
　　　　　　　　Criminal No. 11-40037-FDS

Dear Attorney Cruz:

　　　Per your request, enclosed please find additional internet chats which appear to be between Ritter and the victim of the offenses alleged in the indictment.  The government obtained these chats from the victim's computer.  Several of these chats (or portions thereof) are duplicative of those provided to you on March 8, 2012.  The chats are redacted to protect the victim's identity.  In addition, certain portions of the chats are redacted because (1) they do not include Ritter or (2) they contain personal information regarding the victim that is not relevant to the instant case (as described in the government's March 8, 2012 discovery letter).

　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　CARMEN M. ORTIZ
　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　By:　　/s/ Karin M. Bell
　　　　　　　　　　　　　　　　Karin M. Bell
　　　　　　　　　　　　　　　　Assistant U.S. Attorney

Enclosures
cc:　Lisa Roland (w/o enclosures), Clerk to the Honorable Timothy S. Hillman