

U.S. Department of Justice

*United States Attorney*
*District of Massachusetts*

*Main Reception: (617) 748-3100*     *United States Courthouse, Suite 9200*
*1 Courthouse Way*
*Boston, Massachusetts  02210*

July 10, 2013

**BY EMAIL**
Oscar Cruz, Esq.
Office of the Federal Public Defender
51 Sleeper Street, 5th Floor
Boston, MA 02210

      Re:    United States v. Derick Ritter,
                  Criminal No. 11-40037-FDS

Dear Attorney Cruz:

      Pursuant to the government's ongoing discovery obligations, attached please find six FBI 302s regarding Jane Doe 2, Jane Doe 3 and Jane Doe 4 (victims of the relevant conduct described in the parties' plea agreement and the Presentence Report). The substance of these reports is contained in the government's statement of offense conduct in the PSR. However, to the extent the reports contain additional relevant information, the government may rely upon them at sentencing.

      Please note that one of the reports, dated 10/26/10, contains information which you may believe is helpful to the defense. In particular, as described in the PSR at paragraph 12, the report states that Jane Doe 3 told agents that, while she sent the defendant multiple images and videos of herself engaged in sexually explicit conduct (at least one of which the defendant recorded without her consent), she did it of her own accord, not at the defendant's request.

Please be advised that these materials are being provided pursuant to the protective order in this case. If you have any questions regarding these materials, please let me know.

        Very truly yours,

        CARMEN M. ORTIZ
        United States Attorney

By:    <u>/s/ Karin M. Bell</u>
        Karin M. Bell
        Assistant U.S. Attorney

Enclosures

cc:    Craig Nicewicz, Clerk to the Honorable F. Dennis Saylor, IV (w/o enclosures)