# VICTIM IMPACT STATEMENT

### United States v. Derick Ritter
### Court Docket Number: 11-40037

**Impact of the Crime** - Please describe in your own words how this crime impacted you. If it is applicable to your circumstances, describe how you have been harmed **emotionally, physically or financially**, including long-term impact. This is your opportunity to let the sentencing judge know how this crime impacted your life. You may continue your statement on additional sheets of paper if needed. You are not required to use this form, but your statement must be signed and dated. You may submit a written statement and or appear at the sentencing hearing to make an oral victim impact statement.

Describe how you have been impacted by the criminal conduct of this defendant?

This has impacted me greatly, both emotionally and financially. I've seen different psychologists, but haven't felt like they helped me, I've been on a number of anti-depressants that haven't worked. Emotionally it has made my depression, and anxiety a lot worse. Not a day goes by that I wish none of this had ever happened, it's been very sickening, humiliating and distressing.

Signature: ██████████                                        Date:9/12/13

VIN 3477282